# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GUTIERREZ-REYNA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01498-SAB<br><br>ORDER REQUIRING PLAINTIFF TO REFILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 4)<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff Martin Gutierrez-Reyna filed a complaint on November 5, 2025, seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court found that Plaintiff's application did not demonstrate that Plaintiff was entitled to proceed in this action without the prepayment of fees and Plaintiff was ordered to file a long form application. (ECF No. 3.)

On November 19, 2025, Plaintiff filed a long form application to proceed *in forma pauperis*. (ECF No. 4.) Upon review, the Court is unable to determine from the information provided whether Plaintiff qualifies to proceed in this action without prepayment of fees. Specifically, in response to Question 2, Plaintiff states that his dates of employment at Spherion Staffing and Recruiting are "10/2025" and that his gross monthly pay is $444. However, it is

1  unclear whether this employment is current or previous, as Plaintiff lists $0 in monthly income
2  for the past 12 months under Question 1, and in response to Question 11 indicates that he
3  "look[ing] for a part time work."  Further, in response to Question 5, Plaintiff does not provide
4  the home value of his home, and in response to Question 8, Plaintiff does not indicate whether
5  real estate taxes or property insurance is included in his monthly mortgage payment.

6  Because the Court is unable to determine from the information provided whether Plaintiff
7  is entitled to proceed in this action without prepayment of fees, Plaintiff is afforded one final
8  opportunity to submit a fully completed long form application containing detailed and through
9  information.  If Plaintiff is unwilling to complete and resubmit the long form application, he
10 must pay the filing fee in full.

11 Accordingly, IT IS HEREBY ORDERED that:

12  1. The Clerk of the Court is directed to forward an *in forma pauperis* application
13      (Long Form) to Plaintiff;

14  2. Within **twenty one (21) days** of the date of this order, Plaintiff shall either (1) pay
15      the $405.00 filing fee for this action, or (2) refile an application to proceed *in*
16      *forma pauperis* without prepayment of the fee; and

17  3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge